IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VANESSA MORALES | : | CIVIL ACTION |
| vs. | : | |
| CAROLYN W. COLVIN,<br>Acting Commissioner of the<br>Social Security Administration | : | NO. 14-CV-741 |

<u>ORDER</u>

AND NOW, this 1st day of December, 2015, upon consideration of the Plaintiff's Request for Review, the Defendant's response thereto, Plaintiff's reply, and after careful review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley and the Plaintiff's objections thereto, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Plaintiff's Request for Review is DENIED.

BY THE COURT:

_____
J. CURTIS JOYNER, J.